IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| OSCAR ROMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv229-MHT |
| | ) | (WO) |
| WALTER WOODS, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

A federal prisoner filed this lawsuit seeking the temporary evacuation of all prisoners from Federal Prison Camp Maxwell; he contends that, due to an infestation of bats and the resulting bat excrement in the prison's buildings, the prisoners incarcerated there are forced to live and work in unsanitary, unsafe conditions, in violation of the Eighth Amendment. Plaintiff is one among a large group of prisoners who signed on to the lawsuit. *See* Memorandum of Law (Certificate of Interested Persons) (doc. no. 2-1) at 9-18. A separate case was opened for each signatory. This lawsuit is now before the court on the

recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure of plaintiff to comply with a court order to file necessary financial information and to prosecute this action. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of May, 2018.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**